UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAENZ, | ) Case No. SACV 10-1744 MMM(JC) |
| Petitioner, | ) (PROPOSED) |
| v. | ) JUDGMENT |
| MATHEW CATE, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss is granted, the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 22, 2011

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE